# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

QBE Insurance Corporation
                       Plaintiff,

v.                                           Case No.: 1:17−cv−06280
                                             Honorable Rebecca R. Pallmeyer

Plews, Inc., et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2018:

         MINUTE entry before the Honorable Rebecca R. Pallmeyer: On 11/14/2017, the court dismissed this action without prejudice, allowing Plaintiff 60 days to reinstate. No motion for reinstatement having been filed within the time set by the court's order, the dismissal is with prejudice. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.